UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 28, 2018

No. 16-2906

UNITED STATES OF AMERICA

v.

MALACHI M. GLASS,
Appellant

(M.D. Pa. No. 1-13-cr-00231-001)

Present:  VANASKIE, KRAUSE and RESTREPO, Circuit Judges

Motion by Appellee USA to Publish Opinion dated August 22, 2018.


Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion is granted.


By the Court,

s/ Thomas I. Vanaskie
Circuit Judge


Dated: September 14, 2018
PDB/cc: All Counsel of Record